CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL L. BROWN II (Bar No. 338623)
(E-Mail: Michael_l_Brown@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5327
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID KAGEL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID KAGEL,<br><br>　　　　Defendant. | Case No. 2:23-cr-00313-DSF<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO APPEAR AT CHANGE OF PLEA HEARING VIA VIDEOCONFERENCE; DECLARATION OF MICHAEL L. BROWN II**<br><br>Hearing Date: November 13, 2023<br>Hearing Time: 8:30 a.m. |

　　　Defendant David Kagel, by and through his attorneys of record, Deputy Federal Public Defender Michael L. Brown, hereby submits this *Ex Parte* Application for Mr. Kagel to appear at his change of plea hearing via video conference/telephonically. This application is based on the attached declaration of counsel.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: October 27, 2023　　　　　By　*/s/ Michael L. Brown II*
　　　　　　　　　　　　　　　　　　MICHAEL L. BROWN II
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for David Kagel

## DECLARATION OF MICHAEL L. BROWN II

I, MICHAEL L. BROWN II, declare:

1. I am an attorney of record assigned to represent David Kagel in *United States v. David Kagel*, Case No. 2:23-cr-00313-SB-1.

2. Mr. Kagel is 86 years old and currently receiving hospice care at American Senior Home - Robindale in Las Vegas, Nevada. *See* Ex. A (Liberty Creek Ltr.). I visited Mr. Kagel on October 20, 2023 and observed that he is confined to a hospital bed for the majority of the day, getting up to walk for a limited period with the assistance of hospice staff.

3. Due to Mr. Kagel's declining health, travel to Los Angeles for this hearing would present an extreme hardship.

4. For all these reasons, I am requesting that Mr. Kagel be allowed to attend his change of plea hearing and all other future appearances via videoconference.

5. Previously before the initial appearance, I reached out to the government who does not have a position on this matter.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2023, at Los Angeles, California.

/s/ MICHAEL L. BROWN II            .
MICHAEL L. BROWN II