E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail:    james.hughes2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-313-DSF |
|---|---|
| Plaintiff, | STIPULATION TO VACATE THE CHANGE OF PLEA HEARING AND SET STATUS CONFERENCE FOR FEBRUARY 5, 2024 |
| v. | |
| DAVID LEE KAGEL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney James C. Hughes, and defendant David Lee Kagel ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender Michael L. Brown II, hereby stipulate as follows:

1.  Defendant's initial appearance in this case was on September 6, 2023 via video conference.

2.  On September 8, 2023, this Court set a hearing date for defendant's change of plea for November 13, 2023.

3. On November 3, 2023 this Court denied defense counsel's request to appearance via video conference and suggested the parties consider a Rule 20 transfer.

4. On November 9, 2023, the parties filed a stipulation to continue the change of plea hearing in this case to January 8, 2024. The Court subsequently issued an order continuing the change of plea hearing to January 8, 2024.

5. The parties are in the process of effectuating a Rule 20 transfer to the District of Nevada due to Mr. Kagel's health issues.

6. Defendant requests that the hearing on January 8, 2024 be vacated to allow for additional time for the parties to execute a stipulation to a Rule 20 transfer of this case to the District of Nevada. Defendant requests that a new change of plea hearing be set for February 5, 2024.

7. The government joins in this request.

8. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

9. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of November 13, 2023 to February 5, 2024, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure

to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: January 4, 2024    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

　/S/　*James C. Hughes*
JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 4, 2024    CUAUHTEMOC ORTEGA
Federal Public Defender

*/s/ Michael L. Brown*
MICHAEL L. BROWN
Deputy Federal Public Defender

Attorneys for Defendant
DAVID LEE KAGEL

3

1    I am DAVID LEE KAGEL's attorney.  I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than February 5, 2024 is an
7 informed and voluntary one.

/s/ Michael L. Brown                        01/04/2024
MICHAEL L. BROWN                            Date
Attorney for Defendant
David Lee Kagel

   I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than February 5, 2024.

*/s/David Kagel* (by counsel w/ permission)    01/04/2024
DAVID LEE KAGEL                             Date
Defendant

4