```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  1/30/2024
            CENTRAL DISTRICT OF CALIFORNIA
            BY: ___CDO___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-313-DSF |
|---|---|
| Plaintiff, | |
| v. | CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCING |
| DAVID LEE KAGEL, | (UNDER RULE 20) |
| Defendant. | |

I, David Lee Kagel, defendant, have been informed that an information is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to waive trial in the above-captioned District, and to consent to the disposition of the case in the District of Nevada in which I am currently present.

_____     November 27, 2023
JAMES C. HUGHES                     Date
Assistant United States Attorney
THEODORE M. KNELLER
Trial Attorney, DOJ Fraud Section

_____     Nov 27, 2023
DAVID LEE KAGEL                     Date
Defendant

_____     November 27, 2023
MICHAEL BROWN                       Date
Attorney for Defendant
DAVID LEE KAGEL

JASON FRIERSON
Digitally signed by JASON FRIERSON
Date: 2023.12.11 09:03:51 -08'00'

                                    APPROVED

_____     _____
JASON M. FRIERSON                   E. Martin Estrada
United States Attorney              United States Attorney
District of Nevada                  Central District of California